# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Idaho Organization of
Resource Councils, et al.

Plaintiff(s):

vs.

Defendant(s):

Raul Labrador, et al.

**DECLARATION OF SERVICE**

Case Number: 1:25-cv-00178

For:
ACLU of Idaho
PO Box 1897
Boise, ID 83701

Received by Tri-County Process Serving LLC on March 27, 2025 to be served on **ATTORNEY GENERAL'S OFFICE**.

**I, Carmen Casiano, state that on Thursday, March 27, 2025, at 12:00 PM,** I served the within named **Attorney General's Office** by delivering two true copies of the **Class Action Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet; Civil Cover Sheet Attachment; Emergency Hearing Requested Plaintiffs' Motion for Temporary Restraining Order, Provisional Class Certification, and Preliminary Injunction; Plaintiffs' Memorandum of Law in Support of Motion for Temporary Restraining Order; Declaration of Irene Ruiz, Executive Director, Idaho Organization of Resource Councils; Declaration of Becky Lopez The Alliance of Idaho; Declaration of A.M.R.; Declaration of L.M.C.; Declaration of M.S.; Declaration of W.G.C.; Declaration of J.R.B.M.; Plaintiffs' Motion for Class Certification; Plaintiffs' Memorandum of Law in Support of Motion for Temporary Restraining Order; Declaration of Cody Wofsy in Support of Plaintiffs' Motion for Class Certification; Declaration of Paul Southwick ISO Plaintiffs' Motion for Class Certification; Plaintiffs A.M.R., L.M.C., M.S., W.G.C., and J.R.B.M.'s Motion to Proceed in Pseudonym; Plaintiffs A.M.R., L.M.C., M.S., W.G.C. and J.R.B.M.'s Memorandum ISO Motion to Proceed In Pseudonym** to Phil Skinner, Deputy Attorney General, a person authorized to accept service on behalf of Attorney General's Office. Said service was effected at **700 W. Jefferson St., Ste. C210, Boise, ID 83720**.

Approximate description of Phil Skinner
White Male 45 years old, 5' 10" Tall, 175 lbs, Brown Hair, Brown eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 221368
Client Reference: Paul Carlos Southwick

Friday, March 28, 2025

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

CARMEN CASIANO