Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

* *Admitted pro hac vice*

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00178-AKB<br><br>**PLAINTIFFS' STATUS REPORT** |

1

Plaintiffs respectfully submit this status report in response to the Court's March 31, 2025 Order (Dkt. 18).

All Defendants have been personally served by a process server with Plaintiffs' Complaint and Civil Cover Sheet (Dkt. 1), Summons (Dkt. 2), Plaintiffs' Emergency Motion for Temporary Restraining Order (Dkt. 3), Plaintiffs' Motion for Class Certification (Dkt. 4), and Plaintiffs' Motion to Proceed in Pseudonym (Dkt. 5), and all related memoranda and declarations. The following Defendants were personally served by a process server on **March 27, 2025**:

- Raul Labrador, Attorney General
- Jan M. Bennetts, Ada county Prosecuting Attorney
- Matt Fredback, Blaine County Prosecuting Attorney
- Chris Boyd, Canyon County Prosecuting Attorney
- McCord Larsen, Cassia County Prosecuting Attorney
- Janna Birch, Clark County Prosecuting Attorney
- Sam Beus, Jerome County Prosecuting Attorney
- Stanley Mortensen, Kootenai County Prosecuting Attorney
- Justin Coleman, Nez Perce County Prosecuting Attorney
- Mike Duke, Payette County Prosecuting Attorney
- Ben Allen, Shoshone County Prosecuting Attorney
- Grant P. Loebs, Twin Falls County Prosecuting Attorney

Ethan Rawlings, Oneida County Prosecuting Attorney, was personally served on **March 28, 2025**. Chace Slavin, Lemhi County Prosecuting Attorney, was personally served on **March 31, 2025**.

Plaintiffs filed proofs of service of summons today for all Defendants other than Matt Fredback, Blaine County Prosecuting Attorney, and Justin Coleman, Nez Perce County

Prosecuting Attorney. (Dkt. Nos. 19 through 31, Summonses Returned Executed). The process server has confirmed service on Matt Fredback and Justin Colemen, but we are waiting for the signed Declaration of Service to be returned for these Defendants before we file proof of service.

Additionally, on **March 27, 2025**, all Defendants were served with the Complaint, Summons and Motions referenced above (Dkt. Nos. 1 through 5) by email and mail.

On **March 27, 2025**, immediately after the Court issued its Temporary Restraining Order (Dkt. 16), all Defendants were served with the Temporary Restraining Order by email. As of **April 2, 2025**, the following ten (10) Defendants have confirmed receipt of the Court's temporary restraining order:

- Raul Labrador, Attorney General
- Jan M. Bennetts, Ada county Prosecuting Attorney
- Matt Fredback, Blaine County Prosecuting Attorney
- Chris Boyd, Canyon County Prosecuting Attorney
- McCord Larsen, Cassia County Prosecuting Attorney
- Janna Birch, Clark County Prosecuting Attorney
- Sam Beus, Jerome County Prosecuting Attorney
- Justin Coleman, Nez Perce County Prosecuting Attorney
- Ethan Rawlings, Oneida County Prosecuting Attorney,
- Ben Allen, Shoshone County Prosecuting Attorney

Plaintiffs' counsel initiated same-day personal service through a process server for the remaining four (4) Defendants on **April 2, 2025**. Personal service for two of these four Defendants was confirmed by the process server today.

- Chace Slavin, Lemhi County Prosecuting Attorney

- *Stanley Mortensen, Kootenai County Prosecuting Attorney

- *Grant P. Loebs, Twin Falls County Prosecuting Attorney

- Mike Duke, Payette County Prosecuting Attorney

*Personal service has been confirmed.

Dated: April 2, 2025                                                    Respectfully submitted,

*/s/ Paul Carlos Southwick*

Cody Wofsy*                                          Paul Carlos Southwick (ISB No. 12439)
Spencer Amdur*                                    Emily Myrei Croston (ISB No. 12389)
Hannah Steinberg*                                ACLU of Idaho Foundation
Oscar Sarabia Roman*                          P.O. Box 1897
AMERICAN CIVIL LIBERTIES          Boise, ID 83701
UNION FOUNDATION                         Tel: (208) 344-9750
IMMIGRANTS' RIGHTS PROJECT    psouthwick@acluidaho.org
425 California Street, Suite 700              ecroston@acluidaho.org
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org


***** Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of Idaho by using the CM/ECF system. I certify that I provided notice of this filing to all Defendants by email on April 2, 2025.

Dated: April 2, 2025                             /s/ *Paul Carlos Southwick*
                                                 Paul Carlos Southwick