RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
GADER WREN, ISB #12108
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
gader.wren@ag.idaho.gov

*Attorneys for Certain Defendants[1]*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO ORGANIZATION OF RESOURCE COUNCILS; THE ALLIANCE OF IDAHO; A.M.R.; L.M.C; M.S.; W.G.C.; and J.R.B.M.,<br><br>*Plaintiff*,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00178-AKB<br><br>**CERTAIN DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT UNDER RULE 12(b)(1) AND 12(b)(6) [DKT. 47]** |

---

[1] A listing of represented Defendants appears on the signature page to this motion.

The Attorney General and the 13 originally named County Prosecutors do hereby move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion to dismiss is supported by the concurrently filed memorandum in support, and incorporates the arguments from the previously filed memorandum in support, Dkt. 44-1.

DATED: May 6, 2025

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        /s/ *James E. M. Craig*
        JAMES E. M. CRAIG
        Chief, Civil Litigation and
        Constitutional Defense

*Attorney for Defendants Attorney General Raúl Labrador, Ada County Prosecutor Jan Bennetts, Blaine County Prosecutor Matt Fredback, Canyon County Prosecutor Chris Boyd, Cassia County Prosecutor McCord Larsen, Clark County Prosecutor Janna Birch, Jerome County Prosecutor Sam Beus, Kootenai County Prosecutor Stanley Mortensen, Nez Perce County Prosecutor Justin Coleman, Payette County Prosecutor Mike Duke, Shoshone County Prosecutor Ban Allen, Twin Falls County Prosecutor Grant Loebs, Oneida County Prosecutor Ethan Rawlings and Lemhi County Prosecutor Chace Slavin*

CERTAIN DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT UNDER RULE 12(b)(1) AND 12(b)(6) [DKT. 47]—1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on May 6, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Cody Wofsy* <br> cwofsy@aclu.com | Spencer Amdur* <br> samdur@aclu.org |
| Paul Carlos Southwick <br> psouthwick@acluidaho.org | Hannah Steinberg* <br> hsteinberg@aclu.org |
| Emily Myrei Croston <br> ecroston@acluidaho.org | Oscar Sarabia Roman* <br> osarabia@aclu.org |
| Grace Choi* <br> gchoi@aclu.org | Omar Jadwat* <br> ojadwat@aclu.org |
| *Attorneys for Plaintiffs* | * *pro hac vice* |

/s/ *James E. M. Craig*
JAMES E. M. CRAIG