Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*, <br>     *Defendants*. | Case No. 1:25-cv-00178-AKB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs hereby submit this notice to inform this Court of relevant decisions in two challenges to other state illegal entry and reentry laws.

First, the Eleventh Circuit denied Florida's motion to stay a preliminary injunction of its illegal entry and reentry law. *Fla. Immigrant Coal. v. Att'y Gen.*, No. 25-11469, 2025 WL 1625385 (11th Cir. 2025). The court concluded that the plaintiffs—who, like the Individual Plaintiffs here, are subject to prosecution under the illegal entry and reentry law—were likely to succeed in showing that they had standing. *Id.* at *2. The court further held that "[i]t seems likely—given the federal government's longstanding and distinct interest in the exclusion and admission of [noncitizens], and the Immigration and Nationality Act's extensive regulation of [noncitizen] admission—" that the law was field preempted. *Id.* at *3. The Supreme Court later denied Florida's application to stay the preliminary injunction with no noted dissents. *Uthmeier v. Fla. Immigrant Coal.*, No. 24A1269, 2025 WL 1890573 (U.S. 2025).

Additionally, the Fifth Circuit affirmed a preliminary injunction against Texas's illegal entry and reentry law. *United States v. Texas*, 144 F.4th 632 (5th Cir. 2025). The court concluded that an organization that, like the Alliance of Idaho, provided legal services to noncitizens, had organizational standing under the Supreme Court's decision in *FDA v. Alliance for Hippocratic Medicine*, 602 U.S. 367 (2024). *Texas*, 144 F.4th at 647-50. The court further held that the law was field and conflict preempted. *Id.* at 686.

Dated: August 27, 2025                                   Respectfully submitted,

                                                         */s/ Hannah Steinberg*
                                                         Hannah Steinberg