RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
GADER WREN, ISB #12108
Assistant Solicitor General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
gader.wren@ag.idaho.gov

*Attorneys for Defendants Labrador and
43 of the 44 County Prosecutors[1]*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO ORGANIZATION OF RESOURCE COUNCILS; THE ALLIANCE OF IDAHO; A.M.R.; L.M.C.; M.S.; W.G.C.; and J.R.B.M., | Case No. 1:25-cv-00178-AKB |
| *Plaintiffs*, | **MOTION TO WITHDRAW** |
| v. | |
| RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho *et al.*, | |
| *Defendants*. | |

---

[1] The Office of Attorney General represents all County Prosecutors except for the Elmore County Prosecutor, Shondi Lott.

Gader Wren, attorney for Defendants Labrador and 43 of the 44 County Prosecutors, respectfully moves to withdraw as counsel, due to his departure from the Idaho Attorney General's office. These defendants continue to be represented by James E.M. Craig and Brian V. Church. This withdrawal will not delay any proceedings.

DATED: May 22, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *Gader Wren*
GADER WREN
Assistant Solicitor General

*Attorney for Defendants Labrador and*
*43 of the 44 County Prosecutors*

MOTION TO WITHDRAW—1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on May 22, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cody Wofsy*
cwofsy@aclu.com

Spencer Amdur*
samdur@aclu.org

Paul Carlos Southwick
psouthwick@acluidaho.org

Hannah Steinberg*
hsteinberg@aclu.org

Emily Myrei Croston
ecroston@acluidaho.org

Oscar Sarabia Roman*
osarabia@aclu.org

Grace Choi*
gchoi@aclu.org

Omar Jadwat*
ojadwat@aclu.org

*Attorneys for Plaintiffs*

*\* pro hac vice*

/s/ *Gader Wren*
GADER WREN

MOTION TO WITHDRAW—2